IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harvey Jr, Jimmy | Case Number: 05 B 24552 |
|---|---|---|
| | Harvey, Jacqueline | Judge: Wedoff, Eugene R |
| | Printed: 03/10/09 | Filed: 6/21/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 20, 2008
Confirmed: August 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 18,440.46 |  |
| Secured: |  | 14,513.92 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,494.00 |
| Trustee Fee: |  | 932.54 |
| Other Funds: |  | 500.00 |
| Totals: | 18,440.46 | 18,440.46 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,494.00 | 2,494.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Secured | 7,514.26 | 6,442.22 |
| 4. | Countrywide Home Loans Inc. | Secured | 2,519.39 | 2,192.85 |
| 5. | Chrysler Financial Services Americas LLC | Secured | 6,857.11 | 5,878.85 |
| 6. | Portfolio Recovery Associates | Unsecured | 279.57 | 0.00 |
| 7. | MCSI | Unsecured | 52.10 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 20.00 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 1,497.78 | 0.00 |
| 10. | Cavalry Portfolio Services | Unsecured | 852.07 | 0.00 |
| 11. | Trinity Hospital | Unsecured | 10.00 | 0.00 |
| 12. | Citizens Financial Services | Unsecured | 106.50 | 0.00 |
| 13. | Illinois Dept Of Human Services | Unsecured | 2,739.20 | 0.00 |
| 14. | Illinois State Tollway | Unsecured | 1,685.54 | 0.00 |
| 15. | American Express Centurion | Unsecured | 565.57 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 1,918.04 | 0.00 |
| 17. | Advocate Health Care | Unsecured | | No Claim Filed |
| 18. | Calumet Dermatology Associates | Unsecured | | No Claim Filed |
| 19. | AT&T | Unsecured | | No Claim Filed |
| 20. | American General Finance | Unsecured | | No Claim Filed |
| 21. | Bud's Ambulance | Unsecured | | No Claim Filed |
| 22. | Disney Books By Mail | Unsecured | | No Claim Filed |
| 23. | CitiFinancial | Unsecured | | No Claim Filed |
| 24. | Grandma' Kitchen | Unsecured | | No Claim Filed |
| 25. | First Select Corporation | Unsecured | | No Claim Filed |
| 26. | Harvey Anesthesiologists SC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Harvey Jr, Jimmy  
Harvey, Jacqueline  
Printed: 03/10/09

Case Number: 05 B 24552  
Judge: Wedoff, Eugene R  
Filed: 6/21/05

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Secretary Of State | Unsecured | | No Claim Filed |
| 28. Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 29. Illinois State Tollway | Unsecured | | No Claim Filed |
| 30. Newport News | Unsecured | | No Claim Filed |
| 31. Kmart Corp | Unsecured | | No Claim Filed |
| 32. Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 33. Thorton High School | Unsecured | | No Claim Filed |
| 34. SBC | Unsecured | | No Claim Filed |
| 35. Monogram Credit Card Bk Aka GE Money Bk | Unsecured | | No Claim Filed |
| 36. Trinsic | Unsecured | | No Claim Filed |
| 37. Spiegel | Unsecured | | No Claim Filed |
| 38. Southwest Student Ser | Unsecured | | No Claim Filed |
| 39. Village of South Holland | Unsecured | | No Claim Filed |
| 40. Telecheck | Unsecured | | No Claim Filed |
| 41. Wide Open West | Unsecured | | No Claim Filed |
| | | $ 29,111.13 | $ 17,007.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 45.00 |
| 5.5% | 190.02 |
| 5% | 89.99 |
| 4.8% | 144.02 |
| 5.4% | 338.95 |
| 6.5% | 91.56 |
| 6.6% | 33.00 |
| | $ 932.54 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

